IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRYAN HOPKINS,

        Plaintiff,                       JUDGMENT IN A CIVIL CASE

v.                                            Case No. 12-cv-387-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Bryan Hopkins reversing the decision of the Commissioner of Social Security denying plaintiff's application for disability insurance benefits and remanding this case to the Commissioner under sentence four of 42 U.S.C. § 405(g).

_____              _1/30/13_____
Peter Oppeneer, Clerk of Court                              Date