IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRYAN HOPKINS,

        Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　Case No. 12-cv-387-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Bryan Hopkins awarding attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $8,305.98.

_Peter Oppeneer_　　　　　　　　　　　　　　_4/24/13_
Peter Oppeneer, Clerk of Court　　　　　　　　Date