IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRYAN HOPKINS,

                    Plaintiff,                        JUDGMENT IN A CIVIL CASE

     v.                                          Case No. 12-cv-387-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                    Defendant.

This action came for consideration before the court with District Judge
Barbara B. Crabb presiding. The issues have been considered and a decision has been
rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff

Bryan Hopkins awarding attorney fees and costs under the Equal Access to Justice Act,

28 U.S.C. § 2412, in the amount of $8,305.98.


_____          _____
   Peter Oppeneer, Clerk of Court                    4/24/13
                                                       Date